UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR415-195 |
| | ) | |
| JAMES EDWARD JOHNSON | ) | |

## ORDER

The above-captioned case is now before the Court on the Government's Motion to Amend/Correct Typographical Error in Indictment. The Government seeks to correct the erroneous identification of crack cocaine as a "Schedule 11 controlled substance" and of marijuana as a "Schedule 1 controlled substance."

Upon consideration, the motion is **GRANTED**. It is hereby **ORDERED** that Count Two of the Indictment be amended to plead that Defendant possessed with intent to distribute a Schedule II controlled substance. It is **FURTHER ORDERED** that Count Three of the Indictment be amended to plead that Defendant possessed a Schedule I controlled substance.

SO ORDERED this 6Th day of December, 2016.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA